# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0836
Lower Tribunal Nos. F05-31667A, F05-31668A

_____

**Maurice Lindsey,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Maurice Lindsey, in proper person.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before HENDON, MILLER, and BOKOR, JJ.

MILLER, J.

Appellant, Maurice Lindsey, challenges an order denying his motion to correct an illegal sentence. As he was properly credited for the ten-year minimum mandatory he served upon his original conviction, we find no merit in the claim that the sentence imposed upon revocation of probation violated his constitutional safeguards against double jeopardy. See § 921.0017, Fla. Stat. (2021) (providing that when probation is revoked, the sentencing court shall order credit for time served in state prison or county jail, upon recommitment to the Department of Corrections, and "shall direct the Department of Corrections to compute and apply credit" for prior prison credit); § 948.06(2)(b), Fla. Stat. (upon violation of probation, the sentencing judge may "impose any sentence which it might have originally imposed before placing the probationer or offender on probation"); § 775.087(2)(a)1., Fla. Stat. ("Any person who is convicted of a felony . . . and the conviction was for: . . . [r]obbery . . . and during the commission of the offense, such person actually possessed a 'firearm' or 'destructive device' as those terms are defined in s[ection] 790.001, shall be sentenced to a minimum term of imprisonment of [ten] years."); see also Martinez v. State, 211 So. 3d 989, 991 (Fla. 2017) (sentencing error that can be corrected under rule 3.800(a) must be apparent from face of original record). Accordingly, we affirm.

2